HENRIETTE GUNTHER, RESPONDENT, v. THE MOREY LARUE LAUNDRY COMPANY, APPELLANT.

Argued May 18, 1943—Decided September 16, 1943.

For the respondent, *Charles A. Otto, Jr.*

For the appellant, *Martin P. O'Connor.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 6.

*For reversal*—THE CHIEF JUSTICE, CASE, DONGES, PORTER, DEAR, JJ. 5.